No. 99–7822 (99A577).   JIMENEZ v. UNITED STATES.   C. A. 2d Cir.   Application for stay, addressed to JUSTICE SOUTER and referred to the Court, denied.   Certiorari denied.

No. 99–7953 (99A670).   SIMS v. FLORIDA.   Sup. Ct. Fla.   Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied. Certiorari denied.

No. 99–8043 (99A624).   TARVER v. ALABAMA.   Sup. Ct. Ala. Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied. Certiorari denied.

No. 99–8330 (99A675).   SIMS v. FLORIDA.   Sup. Ct. Fla.   Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied. Certiorari denied.

No. 98–1903. . BENSON v. BENSON, ante, p. 816;

No. 98–7256.   IN RE RICE, 525 U. S. 1138;

No. 98–9269.   ALEXANDER v. DOE ET AL., ante, p. 830;

No. 98–9523.   SKIBINSKI v. BELL ATLANTIC ET AL., ante, p. 838;

No. 98–10042.   SKIBINSKI v. LAZAROFF ET AL., ante, p. 867;

No. 99–151.   MENSAH v. UNITED STATES, ante, p. 875;

No. 99–575.   MORETON ROLLESTON, JR., LIVING TRUST, ET AL. v. ESTATE OF SIMMS, CHERRY, EXECUTOR, ante, p. 1046;

No. 99–634.   ANDERSON v. DALLAS AREA RAPID TRANSIT, ante, p. 1062;

No. 99–661.   WILLMAN v. MICHIGAN DEPARTMENT OF CORRECTIONS ET AL., ante, p. 1062;

No. 99–716.   RUIZ RIVERA v. DEPARTMENT OF EDUCATION ET AL., ante, p. 1047;

No. 99–911.   VEY v. THE UNIVERSE ET AL., ante, p. 1081;

No. 99–5212.   JONES v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, ante, p. 892;

No. 99–5652.   HATTER v. NEW YORK CITY HOUSING AUTHORITY ET AL., ante, p. 936;

No. 99–5859.   FOSTER v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, ante, p. 940;

No. 99–5962.  LONG v. KENTUCKY, *ante*, p. 972;

No. 99–6028.  JARRETT v. HAYWARD MANOR APARTMENTS ET AL., *ante*, p. 973;

No. 99–6145.  CORPUZ v. WALTER, SUPERINTENDENT, AIRWAY HEIGHTS CORRECTIONS CENTER, *ante*, p. 1007;

No. 99–6266.  PERRY v. ZAENTZ ET AL., *ante*, p. 1024;

No. 99–6275.  IN RE LAVERTU, *ante*, p. 1018;

No. 99–6308.  KING v. MTA BRIDGES AND TUNNELS ET AL., *ante*, p. 1025;

No. 99–6344.  SHED v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, *ante*, p. 988;

No. 99–6406.  BASS v. THOMAS JEFFERSON UNIVERSITY HOSPITAL, *ante*, p. 1026;

No. 99–6419.  HEMMERLE v. BAKST, *ante*, p. 1049;

No. 99–6479.  RE v. NEW MEXICO, *ante*, p. 1051;

No. 99–6502.  PALMER v. GEORGIA, *ante*, p. 1051;

No. 99–6535.  TISDALE v. OHIO, *ante*, p. 1027;

No. 99–6538.  GARDNER ET AL. v. NISSAN MOTOR ACCEPTANCE CORP., *ante*, p. 1064;

No. 99–6551.  SHOCKETT v. MASSACHUSETTS, *ante*, p. 1027;

No. 99–6607.  PORTER v. DEPARTMENT OF LABOR, BENEFITS REVIEW BOARD, ET AL., *ante*, p. 1052;

No. 99–6700.  HAWKS v. CLARK, WARDEN, ET AL., *ante*, p. 1052;

No. 99–6800.  DEAN v. UNITED STATES, *ante*, p. 1053;

No. 99–6866.  CAMERON v. GARRAGHTY, WARDEN, *ante*, p. 1065;

No. 99–6888.  PATTERSON v. RIVERS, WARDEN, *ante*, p. 1089;

No. 99–6916.  IN RE HARRIS, *ante*, p. 1017;

No. 99–6961.  LEWIS v. UNITED STATES ET AL., *ante*, p. 1090;

No. 99–7023.  IN RE WARREN, *ante*, p. 1073; and

No. 99–7362.  IN RE WARREN, *ante*, p. 1073.  Petitions for rehearing denied.

FEBRUARY 23, 2000

No. 98–829.  FLORIDA DEPARTMENT OF CORRECTIONS v. DICKSON ET AL.  C. A. 11th Cir.  [Certiorari granted, *ante*, p. 1132.] Writ of certiorari dismissed under this Court's Rule 46.1.